**Exhibit A to the Complaint**

**Location:** Somerville, MA  
**Total Works Infringed:** 26

**IP Address:** 130.44.148.74  
**ISP:** Astound Broadband

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: E0B3526E7EF73AEDCA8BBBAE7A099336348F0BBC<br>File Hash:<br>13A3CF30A43D6D2D8EF5C326C8672451ABB07AAFBA0D4CD28F3989262A8A8C37 | 03/19/2024 17:23:52 | Vixen | 03/01/2024 | 03/13/2024 | PA0002459594 |
| 2 | Info Hash: 52128D70DCB8E7CDE0C717751625A2A59C523E50<br>File Hash:<br>0F6901DA699C7D31878325F575C5BF4064B3EA0008BD9F907128443F3842281E | 02/16/2024 04:00:22 | Blacked | 02/10/2024 | 03/11/2024 | PA0002459130 |
| 3 | Info Hash: C7AF6DA2CFEF458AC16C47EEE644A0756729C9EA<br>File Hash:<br>74A973090D85D219AD157C0D965AFF32C2CBF7B90370F17B35A1AD86F966FEF1 | 02/10/2024 03:38:20 | Vixen | 02/09/2024 | 03/13/2024 | PA0002459341 |
| 4 | Info Hash: 60EF95299AFEC2A175C17B852B2DEEFD4F1BAEE2<br>File Hash:<br>263E309382B65BEC57D1E26AEE250D7AEDFBF36F0B8F1A18E64D8916165E31E2 | 01/13/2024 03:38:57 | Vixen | 01/12/2024 | 02/14/2024 | PA0002454976 |
| 5 | Info Hash: 97830606338EED41B6498E6B54D9C3F0E43C04EB<br>File Hash:<br>D0AD2B54F82E64BE143DE95BEB6E6D83A15FB14F43CA889D6354E88D6263CF1A | 01/07/2024 00:29:08 | Slayed | 12/26/2023 | 01/16/2024 | PA0002453475 |
| 6 | Info Hash: A0209898C399310F54F1FFDF9860CDF461ED97D3<br>File Hash:<br>AC25E51E3088FE4BC47E9D01BB5726A2691F6E8694211602C5BE4A49BFD5BE29 | 12/31/2023 18:26:21 | Vixen | 12/29/2023 | 01/16/2024 | PA0002449515 |
| 7 | Info Hash: 2728B98A89D318290808886883CA085CF873313E<br>File Hash:<br>58B53C3921E1CD13C4C41307F7A58BEC53AAB5A95A7902464C0F5F31977DA652 | 11/28/2023 04:10:23 | Blacked | 11/04/2023 | 11/13/2023 | PA0002439565 |
| 8 | Info Hash: ED8FFF68BC66458476475739AB007AE9A3F59C12<br>File Hash:<br>2DC1DB015B8429D183B878C11D1B5059ADE95046230CD35FEC5C3427070CB2D8 | 11/02/2023 00:29:07 | Tushy | 04/09/2023 | 05/15/2023 | PA0002411263 |
| 9 | Info Hash: A0C065701114B677BE0D9FDAB888D63A2A3AF786<br>File Hash:<br>25A991A80A94865DE9C7121C5F4A18C5C99A428FEA55D74167A022097B7FEF5E | 10/25/2023 20:47:57 | Vixen | 10/20/2023 | 12/05/2023 | PA0002443587 |
| 10 | Info Hash: A3B6A3B56D4DE266D5354643B83FB366408E8534<br>File Hash:<br>C52E1C4D8721884513A5D947CE6AD4118BEB183293ADB3B259756E9E8FB1F8D7 | 09/06/2023 00:04:50 | Slayed | 02/21/2023 | 04/13/2023 | PA0002407770 |
| 11 | Info Hash: B79D5F451022B1A8FDF8B97F75DE2F72E304C719<br>File Hash:<br>B591559FBA69A3CEF60C7EE5A7DE269DE594B2E0A1BDFDF716BFEC1B7EE0B662 | 07/29/2023 04:30:54 | Vixen | 07/28/2023 | 08/17/2023 | PA0002425768 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: B5AB688D4B713856600BD3F67EFEC4E7B46609B3<br>File Hash: C5D41AABF224509421527831727E814842D75456ACB32F2539DF6917891260A5 | 07/27/2023 03:51:21 | Vixen | 07/14/2023 | 08/17/2023 | PA0002425769 |
| 13 | Info Hash: 8F83E54E53B4057B725077EE7A30E27F977B6A0E<br>File Hash: C6D405B758606CCC0FDBD444AAA20416438DA8E6C09E24CF1783D58E3E9B400E | 06/23/2023 03:06:14 | Tushy | 06/18/2023 | 07/13/2023 | PA0002420350 |
| 14 | Info Hash: 20F98AA363FC9CC578965E17A543FD3DCA924924<br>File Hash: CC2EE70477EF030356F659CA6CC97395CA94E21D9136F1AF101261C3E4CCF27F | 06/09/2023 00:46:51 | Slayed | 09/06/2022 | 09/22/2022 | PA0002378458 |
| 15 | Info Hash: 3658D8008479A4D8908A15B8C4FF207266C7E304<br>File Hash: B06B1588D52DF11A9C38BED7FDAE4C9402C9D714FE1D454DB2D768C99EAD8C14 | 05/23/2023 19:17:55 | Vixen | 05/19/2023 | 06/09/2023 | PA0002415364 |
| 16 | Info Hash: D55BBEEDD92C89D5C47BA24D89845D9BF67681D1<br>File Hash: E65E51998121E3A72B20B90C3072A72DBDC723A0AC26D518ACD6B218F2518098 | 03/31/2023 02:21:27 | Blacked Raw | 12/03/2018 | 01/22/2019 | PA0002149845 |
| 17 | Info Hash: 3D36E057CBBC836D07733B8B3BBBDFD16E537006<br>File Hash: 97C3B49845BE2642408A05BF77CABD7D9B2002027CC94A36F12F043722203C22 | 03/17/2023 15:26:41 | Tushy | 03/05/2023 | 04/07/2023 | PA0002405753 |
| 18 | Info Hash: 468B16982691C5EC859E27FC7DB0CB4A23EFBFEC<br>File Hash: 6A53E0B152D167C64AFA6C98580D032B9346556BBC710AAFB5FCFED8FB47D465 | 01/27/2023 20:44:01 | Vixen | 05/21/2021 | 06/03/2021 | PA0002299688 |
| 19 | Info Hash: 23E524B0905E4F08AC4DB56458DE4BFF630E5FC0<br>File Hash: 2FBD2F2BACD9EDE39841A69A16DAF48ACAA076C3AD4255D97CC255A59E4B50D0 | 01/27/2023 20:42:54 | Vixen | 09/13/2021 | 09/30/2021 | PA0002319739 |
| 20 | Info Hash: 34F1BD82F61B7AECAE65BF2B8BB5E672153A337B<br>File Hash: BC9AB74CD3A013607619CAA80E09F47939A9064E7343B80E6B32CCE0D9D3B328 | 01/17/2023 00:52:15 | Blacked Raw | 01/14/2023 | 01/27/2023 | PA0002393084 |
| 21 | Info Hash: AE257D4A3CDE9D8FF36BE1AAE46B51BCE08F13F8<br>File Hash: 8854DBD8FC6501108CFD939FD068C4B2EDF8582D4CCFDA8839034056CC5BE3C4 | 01/03/2023 14:07:43 | Blacked | 12/31/2022 | 01/10/2023 | PA0002389580 |
| 22 | Info Hash: 47880DD91F9AB42518D32839C9B849E25CD779D1<br>File Hash: 65F76492606C27C269C481B47DA987DCE7C15080D3F9DAC397D6066A0BA24829 | 01/03/2023 01:09:02 | Blacked | 11/05/2022 | 12/11/2022 | PA0002384720 |
| 23 | Info Hash: F2FF5984C6669188B2BD37CF7C72FDF97A534272<br>File Hash: 0CEAE4FCE56CEE14A6B3E1E9424700F52EF91EDD808E8ECFBBCCF1C399A306D1 | 12/22/2022 05:31:04 | Blacked | 12/10/2022 | 01/10/2023 | PA0002389588 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 8F9D3A596AF1C39AAA440D4F826E74D61884670F<br>File Hash:<br>1588347C9067E39D797E9ADF63148F8F32E8F6CA87F28F22301A08A0324A1612 | 12/22/2022<br>05:22:02 | Vixen | 12/09/2022 | 02/21/2023 | PA0002401000 |
| 25 | Info Hash: 01BB889B19626055D4FECE1530514F55BBD5A467<br>File Hash:<br>C00FC070305CAC0AE9AD7729C2B54ABE7575BDFB54FA0ECA6588F455C808FC81 | 10/25/2022<br>02:11:17 | Vixen | 10/21/2022 | 11/01/2022 | PA0002378075 |
| 26 | Info Hash: 7491FD90952DDAA709B41496BD827FD16FAD5A96<br>File Hash:<br>769A5E0AD3480A5BFB9007C4D25FAD0C65BE618C95E6900009E0B3A1B8A275D1 | 10/10/2022<br>14:51:12 | Blacked | 10/08/2022 | 11/01/2022 | PA0002378074 |